UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62467-CIV-ROSENBAUM/SELTZER

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

ED'S FABRIC EXPORT, INC., d/b/a
BOCA BARGOONS,

    Defendant.
_____/

### ORDER REQUIRING CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

On December 11, 2012, Plaintiff filed a Complaint alleging violations by Defendant of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181, *et seq*. The Court deems it advisable to require of Plaintiffs' counsel a verified statement reflecting the following:

1. Whether or not counsel has conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether or not Defendants or their property have ever been sued prior to the filing of this suit, for alleged violations for the same, similar, or any, alleged violations of ADA. (If such a search was not made prior to filing suit, counsel should conduct such an examination of the records in order to be able to answer this question.)

2. If there has been a prior suit of the nature referred to in Paragraph 1 above, counsel should state the present status of that litigation (if pending) and, if not pending, the details of the disposition (*i.e.*, settlement, dismissal, other).

3. If there was such litigation and it was disposed of by settlement, counsel is required to furnish, in response to this Order, specific details of the settlement, including any agreement for attorney's fees, costs and expenses, either known to him or ascertainable by him with reasonable inquiry. Copies of these documents should be furnished in the response that counsel will file to this inquiry.

4. If there has been a prior filing, counsel shall state whether or not Defendants (and/or property owned by Defendants and the subject-matter of this suit) have complied with any settlement in the prior litigation (or not) and if not, what remains to be done under the prior litigation.

5. Counsel shall also state what efforts were made by the Plaintiff and Defendants to enforce the terms of any settlement in any prior litigation. Namely, did the property owner make the necessary repairs to the property to bring it in compliance with the ADA, and if not, what efforts the plaintiff in the prior litigation made to seek enforcement of the settlement of that litigation (be it order of contempt or otherwise)?

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's counsel shall file with the Clerk of the Court the verified statement responding to the questions promulgated above on or before **February 7, 2013.**

**DONE and ORDERED** at Fort Lauderdale, Florida, this 17th day of January 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record