UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62467-CIV-ROSENBAUM/SELTZER

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

ED'S FABRIC EXPORT INC., d/b/a BOCA BARGOONS,

    Defendant.

_____/

## ORDER REQUIRING PARTIES TO FILE LATE DOCUMENTS

The case is before the Court upon a review of the record. On February 22, 2013, the Court entered a Scheduling Order requiring the parties to select a mediator and file a Proposed Order Scheduling Mediation, setting forth the date, time, and location for mediation on or before April 23, 2013. D.E. 10 at 1. That Order further required the parties to file a Joint Interim Status Report by the same date. Id. To date, however, the parties have not filed their Proposed Order or Status Report.

Accordingly, it is **ORDERED and ADJUDGED** that on or before **May 1, 2013**, the parties shall file their Proposed Order Scheduling Mediation and Joint Interim Status Report with the Court. Failure to timely comply with this Order may result in sanctions being imposed on the offending party or parties.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 24th day of April 2013.

                                                              ROBIN S. ROSENBAUM
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Barry S. Seltzer
Counsel of record